152 So. 918

## Elmore SANDERS v. STATE.

6 Div. 445.

Supreme Court of Alabama.
Jan. 11, 1934.

McEniry & McEniry, of Bessemer, for appellant.

Thos. E. Knight, Jr., Atty. Gen., and Thos. Seay Lawson, Asst. Atty. Gen., for the State.

BOULDIN, Justice.

The appeal is on the record without a bill of exceptions.

The record, on examination, disclosing no error, the judgment is affirmed.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.